IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| **FLYING A PUMPING SERVICES, LLC,** § § *Plaintiff,* § § v. § § **OCCUPATIONAL SAFETY & HEALTH REVIEW COMMISSION,** § § **UNITED STATES DEPARTMENT OF LABOR,** § § **CYNTHIA L. ATTWOOD** in her official capacity of Commissioner and Chairman of the Occupational Safety & Health Review Commission, and § § **LORI CHAVEZ-DEREMER** in her official capacity as Secretary of Labor, § § *Defendants.* § | CIVIL ACTION NO. 1:25-CV-58-H |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Flying A Pumping Services, LLC ("Plaintiff") and Defendants Occupational Safety & Health Review Commission, United States Department of Labor, Cynthia L. Attwood, and Lori Chavez-Deremer (collectively "Defendants") file this joint stipulation of dismissal. The parties stipulate to dismissal of this action. Each party will bear its own costs, expenses, and attorney's fees.

|  |  |
|---|---|
| OGLETREE, DEAKINS, NASH,<br>  SMOAK & STEWART, P.C | Respectfully submitted,<br><br>NANCY E. LARSON<br>ACTING UNITED STATES ATTORNEY |
| /s/ John D. Surma<br>John D. Surma<br>Texas SBN: 2403366<br>Ryan Swink<br>Texas SBN: 24107940<br>One Allen Center<br>500 Dallas, Suite 2100<br>Houston, Texas 77002<br>Telephone: 713.655.0855<br>Facsimile: 713.655.0020 (Fax)<br>john.surma@ogletree.com<br>ryan.swink@ogletree.com | /s/   *Saurabh Sharad*<br>Saurabh Sharad<br>Assistant United States Attorney<br>New York Bar No. 5363825<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone: 214-659-8600<br>Facsimile: 214-659-8807<br>saurabh.sharad@usdoj.gov<br><br>*Counsel for Defendants* |
| **McMahon Surovik Suttle**<br>A Professional Corporation<br>Post Office Box 3679<br>Abilene, Texas  79604<br>325-676-9183<br>325-676-8836 FAX<br>jhaile@mss.law<br><br>By:  /s/ Jessica Haile<br>Jessica Haile<br>State Bar No. 24071580<br><br>**Counsels for Plaintiff Flying A Pumping Services, LLC** |  |